HOWELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Harry Howell against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the verdict to the sum of $2,000 as of the date of the rendition thereof, in which event the judgment as so modified and the order are affirmed, without costs of this appeal to either party.

KRUSE and ROBSON, JJ., dissent, and vote for affirmance.

ILLCH, Respondent, v. MUTUAL BENEFIT LIFE INS. CO., et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Babette Illch against the Mutual Benefit Life Insurance Company and another. No opinion. Reargument ordered.

INGERSOLL, Appellant, v. SANDERS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by William D. Ingersoll against Henry B. Sanders and another. No opinion. Judgment and order affirmed, with costs.

JANSSEN, Respondent, v. NEW YORK EVENING POST CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Frederick W. Janssen against the New York Evening Post Company. No opinion. Interlocutory judgment affirmed, with costs.

JOHNSON, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Martin I. Johnson against Sarah J. White and others. No opinion. Interlocutory judgment affirmed, with costs.

JONES, Respondent, v. OFFERMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by Caroline A. Jones against Carsten Offerman. No opinion. Judgment of the Municipal Court affirmed, with costs.

JULEY, Respondent, v. TOWN TOPICS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Peter A. Juley against the Town Topics Publishing Company. C. L. Craig, for appellant. J. B. Southard, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

JUNGMAN, Appellant, v. PARKER, Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by Charles Jungman against Andrew D. Parker. M. Mayer, for appellant. A. D. Parker, for respondent. No opinion. Order modified by allowing the defendant to serve the answer annexed to the moving papers, and, as so modified, affirmed, without costs. Settle order on notice.

KELLY, Respondent, v. WILLS, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Catherine Kelly, as administratrix, etc., against Charles T. Wills. No opinion. Motion denied.

KELSEY, Respondent, v. VON KEUREN, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Jennie Kelsey against William W. Von Keuren.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not sitting.

KENNEY, Appellant, v. CENTRAL R. CO. OF NEW JERSEY, Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Sarah S. Kenney, as administratrix, against the Central Railroad Company of New Jersey. W. C. Beecher, for appellant. R. Thorne, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KIMMEL v. KIMMEL. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by August A. Kimmel against Lydia Kimmel. No opinion. Motion granted, with $10 costs. Order filed.

KNICKERBOCKER TRUST CO. v. ONEONTA, C. & R. S. RY. CO. et al. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by the Knickerbocker Trust Company, as trustee, against the Oneonta, Cooperstown & Richfield Springs Railway Company. No opinion. Motion for leave to go to the Court of Appeals granted, and questions certified as follows: First. May a defendant without the service of an answer by himself require a determination of the ultimate rights of himself and a codefendant as between themselves on an answer demanding such determination served on him by such codefendant? Second. Did the Special Term, under the pleadings and proof herein, properly render a judgment determining as between the defendants the ownership of the bonds?

KNICKERBOCKER TRUST CO. v. ONEONTA, C. & R. S. RY. CO. et al. (Supreme Court, Appellate Division, Third Department. January 18, 1907.) Action by the Knickerbocker Trust Company, as trustee, against the Oneonta, Cooperstown & Richfield Springs Railway Company and others. No opinion. Order of reversal settled as proposed by the defend-